**DRFP L.L.C., dba Skye Ventures, Plaintiff-Appellant,**

v.

**REPÚBLICA BOLIVARIANA DE VENEZUELA; The Venezuelan Ministry of Finance, Defendants-appellees.**

**Case No. 16-3960**

United States Court of Appeals, Sixth Circuit.

Filed January 30, 2018

Charles Horne Cooper, Jr., Charles Benjamin Cooper, Rex H. Elliott, Cooper

& Elliott, Columbus, OH, John C. Camillus, Law Offices of John C. Camillus, Columbus, OH, for Plaintiff-Appellant

Andrew Z. Schwartz, Thomas R. Ayres, II, Richard Grant Baldwin, Matthew Baltay, Madeleine Rodriguez, Foley Hoag, Boston, MA, Albert J. Lucas, Calfee, Halter & Griswold, Columbus, OH, for Defendants-Appellees

BEFORE: COOK, KETHLEDGE, and DONALD, Circuit Judges.

## ORDER

COOK, Circuit Judge.

The parties jointly move to vacate our Order granting appellees' motion for attorneys' fees incurred in this frivolous appeal. *See DRFP L.L.C. v. República Bolivariana de Venezuela*, No. 16-3960, —— Fed. Appx ——, 2018 WL 496861 (6th Cir. Jan. 22, 2018). In light of the parties' representations that they have reached a comprehensive settlement encompassing this issue, we **GRANT** the Joint Motion and **VACATE** our Order of January 22, 2018.